# ⋇ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
KIMBERLY BROWN
750 ELMWOOD AVE   SHARON HILL, PA   19079

**Pay Period:** 01/25/2025 - 02/07/2025
**Deposit Date:** 02/13/2025
**Advice #:** 716334950

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | | | $0.00 | $0.00 |
| STD EARN-TXBL | | | $1,458.66 | $6,147.21 |
| W+ MBR GROSS | | | $0.00 | $22.68 |
| CO STK CONT | | | $3.00 | $69.00 |
| **Total** | | | **$1,461.66** | **$6,181.89** |

| TAX | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| FEDERAL TAX | | $111.44 | $487.74 |
| PENNSYLVANIA | | $67.17 | $278.29 |
| PA LOCAL TAX | | $13.74 | $58.10 |
| SUI | | $1.02 | $4.30 |
| SOCIAL SECURITY | | $85.17 | $360.11 |
| MEDICARE | | $19.92 | $84.22 |
| **Total** | | **$298.46** | **$1,272.76** |

| DEDUCTIONS | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| INS MEDICAL * | | $57.80 | $227.98 |
| INS MED ARR * | | $0.00 | $13.37 |
| INS DENTAL * | | $19.40 | $77.59 |
| INS DEN ARR * | | $0.00 | $7.14 |
| INS LIFE | | $4.23 | $16.91 |
| INS AD&D * | | $2.95 | $11.20 |
| AD&D ARR * | | $0.00 | $0.77 |
| INS DEP LIFE | | $0.00 | $1.32 |
| CRITICAL ILL * | | $1.58 | $7.27 |
| FITNESS PASS | | $9.00 | $36.00 |
| W+ MBR NET | | $0.00 | $15.04 |
| ACCIDENT * | | $0.68 | $3.57 |
| CO STK CONT | | $3.00 | $69.00 |
| CRIT ILL ARR * | | $0.00 | $0.48 |
| ACCIDENT ARR * | | $0.00 | $0.42 |
| STOCK PURCH | | $20.00 | $460.00 |
| INS VIS * | | $5.52 | $22.07 |
| VIS ARR * | | $0.00 | $1.77 |
| PA LST | | $2.00 | $8.00 |
| **Total** | | **$126.16** | **$542.90** |

| | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| **Net Pay** | | **$1,037.04** | **$4,366.23** |

## PAY DISTRIBUTION

### CHECK DEPOSIT

Coastal Community Bank
xxxxxxx1941                          **$1,037.04**

### CATEGORY

| | |
|---|---|
| Pay Category | Hourly |

| PTO | HRS |
|---|---|
| PTO AVAILABLE | 1.31 |
| PROTECTED PTO | 27.11 |

### FEDERAL TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Single |
| Claim Dependents | $0.00 |
| Additional Withholding | $25.00 |

### STATE TAX WITHHOLDING

| | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $25.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2025

| | CURRENT | YEAR TO DATE |
|---|---|---|
| **Net Pay** | $1,150.92 | $5,517.15 |

# ⋇ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
KIMBERLY BROWN
750 ELMWOOD AVE SHARON HILL, PA 19079

**Pay Period:** 02/08/2025 - 02/21/2025
**Deposit Date:** 02/27/2025
**Advice #:** 717948197

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 68.85 | $19.8600 | $1,367.36 | $1,367.36 |
| STD EARN-TXBL | | | $416.76 | $6,563.97 |
| W+ MBR GROSS | | | $0.00 | $28.35 |
| CO STK CONT | | | $3.00 | $72.00 |
| WRKDHRS | 68.85 | | | |
| **Total** | | | **$1,787.12** | **$7,974.68** |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $140.65 | $629.64 |
| PENNSYLVANIA | $77.17 | $355.63 |
| PA LOCAL TAX | $16.99 | $75.15 |
| SUI | $1.25 | $5.55 |
| SOCIAL SECURITY | $105.35 | $465.81 |
| MEDICARE | $24.64 | $108.94 |
| **Total** | **$366.05** | **$1,640.72** |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $57.80 | $285.78 |
| INS MED ARR * | $0.00 | $13.37 |
| INS DENTAL * | $19.40 | $96.99 |
| INS DEN ARR * | $0.00 | $7.14 |
| INS LIFE | $4.23 | $21.14 |
| INS AD&D * | $2.95 | $14.15 |
| AD&D ARR * | $0.00 | $0.77 |
| INS DEP LIFE | $0.00 | $1.32 |
| INS STD | $2.05 | $2.05 |
| INS LTD | $1.78 | $1.78 |
| CRITICAL ILL * | $1.58 | $8.85 |
| FITNESS PASS | $9.00 | $45.00 |
| ONE SAVINGS | $58.12 | $58.12 |
| 401K * | $82.04 | $82.04 |
| W+ MBR NET | $0.00 | $18.80 |
| ACCIDENT * | $0.68 | $4.25 |
| CO STK CONT | $3.00 | $72.00 |
| CRIT ILL ARR * | $0.00 | $0.48 |
| ACCIDENT ARR * | $0.00 | $0.42 |
| STOCK PURCH | $20.00 | $480.00 |
| INS VIS * | $5.52 | $27.59 |
| VIS ARR * | $0.00 | $1.77 |
| PA LST | $2.00 | $10.00 |
| **Total** | **$270.15** | **$816.81** |

**PAY DISTRIBUTION**

**CHECK DEPOSIT**
Coastal Community Bank
xxxxxxx1941 **$1,150.92**

**CATEGORY**
Pay Category　　　　　　　　　Hourly

**PTO**　　　　　　　　　　　　　**HRS**
PTO AVAILABLE　　　　　　　　4.83
PROTECTED PTO　　　　　　　29.40

**FEDERAL TAX WITHHOLDING**
Tax Method　　　　　　　　　Single
Claim Dependents　　　　　　$0.00
Additional Withholding　　　　$25.00

**STATE TAX WITHHOLDING**
Tax Method　　　　　　　　　Single
Exemptions　　　　　　　　　0
Additional Withholding　　　　$25.00

All Material Wal-Mart Stores Inc. Confidential.
©2025

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 01/27/2025 |
| PAY PERIOD END: | 02/09/2025 |
| ADVICE DATE: | 02/14/2025 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 02/09/2025: | 8:10 HOURS |
| AVAILABLE VACATION AS OF 02/09/2025: | 40:00 HOURS |
| AVAILABLE SUPP SICK AS OF 02/09/2025: | 0:00 HOURS |

ASSOCIATE NAME:   KIMBERLY ANDREA BROWN         ASSOCIATE ID:

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 30 | GROSS WAGES: | 450.50 |
| | | | | NET WAGES: | 335.84 |
| STATE | | 0 | 0 | NET PAY: | 335.84 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | 01/27/2025-02/02/2025 | 15.97 | 3.58 | 57.18 | |
| REGULAR | 02/03/2025-02/09/2025 | 15.97 | 13.20 | 210.81 | 267.99 |
| MATERNITY LEAVE | 01/27/2025-02/09/2025 | | | 182.51 | 2,555.20 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 16.78 | | |
| TOTAL GROSS WAGES: | | | | 450.50 | 2,823.19 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FUTUREBLD CNTRB | 31.53 | 197.62 |
| | | |
| TOTAL: | 31.53 | 197.62 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 27.93 | 175.04 |
| MEDICARE | 6.54 | 40.94 |
| FEDERAL WITHHOLDING | 30.00 | 216.39 |
| STATE TAX - PA | 13.83 | 86.67 |
| SUI-ASSOCIATE PAID - PA | 0.32 | 1.98 |
| CITY TAX - RDLY | 4.51 | 28.24 |
| PA LST - RDLY | | 2.00 |
| | | |
| TOTAL : | 83.13 | 551.26 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******1941 | ****** | ****** | 335.84 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

**EARNINGS STATEMENT (US)**

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 02/10/2025 |
| PAY PERIOD END: | 02/23/2025 |
| ADVICE DATE: | 02/28/2025 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 02/23/2025: | 8:10 HOURS |
| AVAILABLE VACATION AS OF 02/23/2025: | 40:00 HOURS |
| AVAILABLE SUPP SICK AS OF 02/23/2025: | 0:00 HOURS |

ASSOCIATE NAME:    KIMBERLY ANDREA BROWN            ASSOCIATE ID:            ▇▇▇▇▇

| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 0.00 |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 30 | NET WAGES: | 0.00 |
| STATE | | 0 | 0 | NET PAY: | 0.00 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | | | | | 267.99 |
| MATERNITY LEAVE | | | | | 2,555.20 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 0.00 | | |
| TOTAL GROSS WAGES: | | | | 0.00 | 2,823.19 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FUTUREBLD CNTRB | | 197.62 |
| | | |
| TOTAL: | 0.00 | 197.62 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 0.00 | 175.04 |
| MEDICARE | 0.00 | 40.94 |
| FEDERAL WITHHOLDING | | 216.39 |
| STATE TAX - PA | | 86.67 |
| SUI-ASSOCIATE PAID - PA | 0.00 | 1.98 |
| CITY TAX - RDLY | | 28.24 |
| PA LST - RDLY | | 2.00 |
| | | |
| TOTAL : | 0.00 | 551.26 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******1941 | ****** | ****** | 0.00 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

**EARNINGS STATEMENT (US)**

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/30/2024 |
| PAY PERIOD END: | 01/12/2025 |
| ADVICE DATE: | 01/17/2025 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 01/12/2025: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 01/12/2025: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 01/12/2025: | 0:00 HOURS |

ASSOCIATE NAME:     KIMBERLY ANDREA BROWN               ASSOCIATE ID:

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| | | | | GROSS WAGES: | 0.00 |
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 30 | NET WAGES: | 0.00 |
| STATE | | 0 | 0 | NET PAY: | 0.00 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| TAXES | | |
|---|---|---|
| **DESCRIPTION** | **CURRENT** | **YEAR-TO-DATE** |
| TOTAL : | 0.00 | 0.00 |

| **ACCOUNT NUMBER** | **TRANSIT** | **ABA** | **Amount** |
|---|---|---|---|
| ******9110 | ****** | ****** | 0.00 |

| **PHONE** | **EMAIL** | **WEBSITE** | **IMPORTANT NOTES** |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 46-93263

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/02/2024 |
| PAY PERIOD END: | 12/15/2024 |
| ADVICE DATE: | 12/20/2024 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 12/15/2024: | 4:10 HOURS |
| AVAILABLE VACATION AS OF 12/15/2024: | 40:00 HOURS |
| AVAILABLE SUPP SICK AS OF 12/15/2024: | 0:00 HOURS |

ASSOCIATE NAME:    KIMBERLY ANDREA BROWN          ASSOCIATE ID:

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 30 | GROSS WAGES: | 0.00 |
| | | | | NET WAGES: | 0.00 |
| STATE | | 0 | 0 | NET PAY: | 0.00 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM") . YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

| GROSS WAGES | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | | | | | 7,035.80 |
| HOLIDAY PAY | | | | | 251.76 |
| SICK/PERSONAL | | | | | 435.70 |
| REG SUCCESS SHR | | | | | 200.00 |
| | | | | | |
| TOTAL WORKED HOURS: | | | 0.00 | | |
| TOTAL GROSS WAGES: | | | | 0.00 | 7,923.26 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FUTUREBLD CNTRB | | 470.17 |
| | | |
| TOTAL: | 0.00 | 470.17 |

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| STD PT | | 54.34 |
| | | |
| TOTAL: | 0.00 | 54.34 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| OASDI | 0.00 | 491.24 |
| MEDICARE | 0.00 | 114.89 |
| FEDERAL WITHHOLDING | | 502.62 |
| STATE TAX - PA | | 243.23 |
| SUI-ASSOCIATE PAID - PA | 0.00 | 5.55 |
| CITY TAX - RDLY | | 79.23 |
| PA LST - RDLY | | 42.00 |
| | | |
| TOTAL : | 0.00 | 1,478.76 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| *****9110 | ****** | ****** | 0.00 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |