United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 25-10999-djb
Kimberly A. Brown                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                             User: admin                              Page 1 of 3
Date Rcvd: Jun 25, 2025                   Form ID: 318                           Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kimberly A. Brown, 1919 S Alden St, Philadelphia, PA 19143-5514 |
| 14987301 | + | Crozer Health, c/o Prospect CCMC, PO Box 783707, Philadelphia, PA 19178-3707 |
| 14987302 | + | Garden State Medical Practice, PC, 16 Chambers Street, Princeton, NJ 08542-3708 |
| 14987311 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14987315 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jun 26 2025 04:41:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 26 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 26 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14987294 | + | EDI: BANKAMER | Jun 26 2025 04:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14987297 | | Email/Text: megan.harper@phila.gov | Jun 26 2025 00:48:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14987295 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 26 2025 00:48:00 | Citadel FCU, Attn: Bankruptcy 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14987296 | | EDI: CITICORP | Jun 26 2025 04:41:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14987298 | | Email/Text: bankruptcy@philapark.org | Jun 26 2025 00:48:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14987299 | + | EDI: WFNNB.COM | Jun 26 2025 04:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14987300 | + | EDI: CCS.COM | Jun 26 2025 04:42:00 | Credit Collection Services, PO Box 337, Norwood, MA 02062-0337 |
| 14987304 | | EDI: CITICORP | Jun 26 2025 04:41:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14987303 | | EDI: IRS.COM | Jun 26 2025 04:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14987305 | | Email/Text: Bankruptcies@nragroup.com | Jun 26 2025 00:48:00 | National Recovery Agency, Attn: Bankruptcy, |

Case 25-10999-djb    Doc 15    Filed 06/27/25    Entered 06/28/25 00:42:20    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 318 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type / Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14987306 | + | EDI: NFCU.COM | Jun 26 2025 04:42:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14987307 | | Email/Text: bnc@nordstrom.com | Jun 26 2025 00:47:35 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14987308 | | Email/Text: fesbank@attorneygeneral.gov | Jun 26 2025 00:47:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14987309 | | EDI: PENNDEPTREV | Jun 26 2025 04:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14987310 | ^ | MEBN | Jun 26 2025 00:42:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14987312 | | Email/Text: bankruptcy@philapark.org | Jun 26 2025 00:48:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14987313 | + | Email/Text: bankruptcy1@pffcu.org | Jun 26 2025 00:47:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch st, Philadelphia, PA 19107-2495 |
| 14987314 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 26 2025 00:47:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14987316 | ^ | MEBN | Jun 26 2025 00:42:08 | United Resource Systems, Inc, 3501 S Teller Street, Denver, CO 80235-2011 |
| 14987317 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 26 2025 00:59:45 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14987319 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 26 2025 00:59:35 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14987318 | *+ | Wells Fargo Bank, NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2025            Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 25, 2025 | Form ID: 318 | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Kimberly A. Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kimberly A. Brown<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3872<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25–10999–djb | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kimberly A. Brown

<u>6/24/25</u>    **By the court:** <u>Derek J Baker</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318            **Order of Discharge**            page 2